**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.247.224.162**

**ISP:** Spectrum
**Physical Location:** Petoskey, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2017 20:59:47 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |
| 08/21/2017 20:58:11 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 08/13/2017 18:18:41 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 08/13/2017 18:17:41 | 0E992AADEBF3D624A638B6D4CD0934A5E8EBF215 | Susie Up Close and Personal |
| 04/08/2016 00:40:43 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 02/27/2016 19:36:45 | E31104E75F76A63097778882D8C4B61AA53982CA | Two Cocks In Karla |
| 02/08/2016 05:45:25 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 02/04/2016 16:58:16 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 01/30/2016 05:43:02 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 01/28/2016 16:08:42 | 52A31239F7AF6B4022496684E8246DF4BBC223E8 | Party Boat |
| 01/21/2016 22:06:09 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 01/21/2016 22:05:20 | B77DF7A34044E15FC18489F101CBEB0607431349 | Sexy Summer Camp |
| 01/02/2016 16:50:07 | 3952B616B944D6A71D74A85FA697D9078384C633 | Black Widow |
| 01/02/2016 16:47:11 | 50DBA7FAC7572CF3CAD78489F6FEFB325DF8A2E9 | Xmas Cums Once A Year |
| 12/09/2015 06:08:33 | C958AB1C9ECD85EAD2A064C961B87294825B50B9 | Like The First Time |
| 11/25/2015 06:17:47 | 1BCD751B4A5AF1706E1FCF801A4A348E107F811E | Tiny Seductress |
| 11/18/2015 06:18:16 | 76AD4ED898A32A7C5BE908413F8581D8699F642A | Tickle My Pink |
| 11/18/2015 06:16:06 | 3A40DA866D2AB28621EAD54B43B8A03E170FBF01 | Dressed to Thrill |
| 11/05/2015 05:48:08 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 09/29/2015 21:50:49 | 9A5565D4C71A77D48913FB013A56E8950E30DD2B | Keep Cumming Kylie |
| 09/29/2015 21:48:11 | E96C94A6DE911E56F7C81C829654AAFD3281E547 | Lovers Lane |
| 09/29/2015 06:34:51 | 3654FE0961C9C5B2BB36943EE7D2D208DF4663C1 | Make Love To Me |

EXHIBIT A

NWMI106

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/29/2015 06:32:53 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 09/28/2015 18:21:15 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 09/28/2015 18:20:08 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 09/25/2015 07:37:09 | 2259E619E93F9C56F94C94E8F39C77241792F538 | I Am In the Mood |
| 09/07/2015 03:38:41 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 08/10/2015 06:53:19 | BA9D1342A832D2B3EF523B585F4E908EA7902F3B | Make Me Feel Beautiful |
| 08/06/2015 05:19:28 | DFBA20A4141D34D0FE01BE5E047F1573AD00D072 | Fireside Fantasy |
| 08/04/2015 00:02:21 | 070DF5EE3B29B48C52BB6EABF7F3B878E4683D1A | Dangerous When Wet |
| 08/01/2015 18:02:57 | E03CF00D4D2E6CC6EF3572FFC3EDB6D31C12DDF7 | Circles of Bliss |
| 07/30/2015 16:37:55 | E0F08EF1D7CE79B07CE18BD8738BD6DDD5845204 | California Surf Fever |
| 07/21/2015 18:37:41 | 061A332D6D1455AE0AFA8F0F2B3C5AAD68EF83C7 | Keep On Cumming |
| 07/21/2015 18:07:03 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 07/21/2015 17:22:56 | 483196452BC88CD787574DCEC304B86A7921257C | Lisas Playroom |
| 07/21/2015 16:58:23 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 07/21/2015 05:40:04 | EBCB2ADE7178838591591376CD736913CEF88165 | Triple Play |
| 05/26/2015 03:02:27 | 3E4968CC6071DC42C22F6E24DDD4532F02D1B59E | Zeppelin on Fire |
| 05/25/2015 06:12:41 | 48911426C1309D0F797A86A8BF9C42975A72E4D2 | Highrise Rendezvous |
| 04/30/2015 15:47:13 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 04/29/2015 16:25:24 | A1CECE18DFD7D95E3913374FA572FECAEBE465E9 | From Three to Four |
| 04/29/2015 04:36:29 | 236B8DE8F2ED389695EA473E030F1765D1484096 | Made for Each Other |
| 04/29/2015 04:35:26 | 9813C1D742977029EB6775C5858C0CA127759AE6 | Going Strong |
| 04/28/2015 23:51:47 | CF85DFCC3E8B64D49F5DC0875481F171D3428FE3 | So Close Together |
| 04/28/2015 18:13:25 | 40C6D54DFB68AACCE18D306493157FB68D0FF906 | Hot Summer Rain |
| 04/28/2015 17:43:36 | 6A95B76DE0780E8FF2DC3C5DAFA52640C195CFE3 | Apartment in Madrid |
| 04/28/2015 06:26:26 | F53A589E3518D865F254E342E974D2636B12D27E | Best Friends With Benefits |

EXHIBIT A

NWMI106

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/28/2015 06:22:25 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |
| 04/15/2015 17:50:34 | B28BCDAA4909E7E2BA91EE2A7A60C8BFF32F37F3 | Surprise Surprise |
| 04/15/2015 17:50:19 | 5479AA308B47A92F40FF84BB3D3CCDD7595B5E96 | Sweet Awakening |
| 04/14/2015 03:22:12 | 5DA7CA3D12DB4D72842718BC3EE6CA09197583AE | Go Fish |
| 04/13/2015 19:39:28 | 19D8BE7E6ADB57556EE8FB3302A13C69D528D1AC | Lonesome Without You |
| 04/13/2015 19:39:24 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 04/13/2015 17:24:13 | D70AC93B9551F58A8C985E6A8DA0A371C4F3C383 | Pleasant Surprise |
| 04/13/2015 17:23:33 | 9E72FA7740B9DB3EF020F4911912BC7A229ABE20 | She Is On Fire |
| 04/12/2015 16:24:34 | 32C8E09B8C06CE9D3ABDDA07BF36485EC662C2EE | Through the Looking Glass |
| 04/11/2015 18:19:09 | 01C3F5A9A648D925AA5B58D183DCFD1B94AE481B | Meet Me in Madrid |
| 04/10/2015 05:43:27 | 212EBDF3BF5AF9847AE0C5CBDB76C24C46FF6DCE | They Meet Again |
| 04/10/2015 05:24:20 | 1BEF5A8F06E2B25B15CB5DAB5075E78392D7A5F2 | Good Vibrations |
| 04/09/2015 17:26:17 | 928F8A9DE02A830880D61CB6F25FFDF4B452780D | Transcendence |
| 03/31/2015 16:34:18 | 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual |
| 03/26/2015 19:01:25 | AA0BE230FD8407AF81AE09AF40A126773258F299 | Morning Glory |
| 03/14/2015 04:57:16 | 0F1AABD98301728B96B4658F8DE040DFD0B8A7BB | Epic Love |
| 03/13/2015 17:25:25 | 7CDB4F9E2870FA5987DB601BF311EB1E13B826AE | I Love X Art |
| 03/13/2015 17:22:45 | FFE24D4FE2F6CFB764D826F4DB60B60A3B23FEC0 | Playing Dress Up |
| 01/07/2015 07:40:16 | 7CC474D24FB57785E1B230581C0E19B7E5F523C9 | Tease Me Please Me |
| 12/08/2014 17:49:26 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 12/07/2014 17:25:29 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 12/07/2014 17:13:12 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 |
| 12/07/2014 17:01:25 | 304F7B486AD5BF2FCF4C7BA6070B7FB4B37655A0 | Stay for a While |
| 12/07/2014 17:00:54 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 12/07/2014 16:52:22 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |

EXHIBIT A

NWMI106

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/07/2014 16:50:49 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 12/07/2014 08:08:04 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 12/07/2014 07:10:23 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 12/07/2014 05:39:33 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 12/07/2014 05:30:10 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 12/07/2014 05:28:02 | D9046521A4B86577B67EE1C6AEE0FF29878384FB | A Cloudy Hot Day |

**Total Statutory Claims Against Defendant: 78**

EXHIBIT A