UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:18-cv-00129-RJJ-PJG |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 24.247.224.162, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 24.247.224.162. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 5, 2018          Respectfully submitted,

By:     /s/ *Joel A. Bernier*
          Joel A. Bernier, Esp. (P74226)
          49139 Schoenherr Road
          Shelby Township, MI 48315
          Tel: (586) 991-7611
          Fax: (586) 991-7612
          Email: Bbclawgroup@gmail.com
          *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*